No. 791. DUNCAN v. KAHANAMOKU, SHERIFF. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. J. Garner Anthony* for petitioner. *Solicitor General Fahy, Assistant Attorney General Wechsler* and *Mr. Edward J. Ennis* for respondent.

No. 792. WHITE v. STEER, COLONEL. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Fred Patterson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Wechsler* and *Mr. Edward J. Ennis* for respondent.

No. 456. UNITED STATES v. TWO ACRES OF LAND ET AL. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for the United States. *Mr. George A. Barr* for respondents.

No. 699. GOLDSTONE ET AL., EXECUTORS, v. UNITED STATES. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Eugene L. Bondy* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, George J. Laikin* and *Walter J. Cummings, Jr.* for the United States.

No. 820. 10 EAST 40TH STREET BUILDING, INC. v. CALLUS ET AL. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second